IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 01-cv-01315-REB-CBS

LEONARD BALDAUF,

    Plaintiff,

v.

JOHN HYATT, et al.,

    Defendants

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#71], filed January 3, 2006; (2) **Defendants' Objection to Recommendation of United States Magistrate Judge** [#72], filed January 13, 2006; and (3) **Plaintiff's Objections to 1/3/06 Findings** [#73], filed January 18, 2006. I overrule the objections, approve and adopt the recommendation, and accordingly find that plaintiff's claims are not jurisdictionally barred under *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendations to which cognizable objections have been filed, and have considered carefully the recommendations, the objections, and the applicable case law. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by

lawyers.  *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  The recommendation is detailed and well-reasoned.  Neither plaintiff's nor defendants' objections have merit.  Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#71], filed January 3, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2.  That **Defendants' Objection to Recommendation of United States Magistrate Judge** [#72], filed January 13, 2006, is **OVERRULED** and **DENIED**; and

3.  That **Plaintiff's Objections to 1/3/06 Findings** [#73], filed January 18, 2006, are **OVERRULED** and **DENIED**.

Dated February 8, 2006, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**