IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-01315-REB-CBS

LEONARD BALDAUF,
    Plaintiff,
v.

JOHN HYATT, et al.,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on: (1) Baldauf's "Motion for Order to Serve and Time" (filed March 3, 2006) (doc. # 81); and (2) Baldauf's "Request to Tax Costs of Appeal" (filed March 1, 2006) (doc. # 79). Pursuant to the Order of Reference dated October 23, 2001 (doc. # 14) and the memoranda dated March 3, 2006 (doc. # 83 and doc. # 84), the motions were referred to the Magistrate Judge. The court has reviewed the motions, Defendants' Responses (filed March 8, 2006) (doc. # 87 and doc. # 88), the entire case file, and the applicable law and is sufficiently advised in the premises.

    First, Baldauf indicates that he has not received a copy of Defendants' Motion to Dismiss Plaintiff's Complaint (doc. # 76) (filed on February 17, 2006). On March 3, 2006, the Clerk of the Court mailed a copy of Defendants' Motion to Dismiss Plaintiff's Complaint (doc. # 76) to Baldauf. The court will afford Baldauf 30 additional days to file any response he may have to Defendants' Motion.

    Second, Baldauf seeks, pursuant to Fed. R. App. P. 39(e)(4), an order taxing Defendants for his $255.00 fee for filing the notice of appeal. The Federal Rules of Appellate Procedure provide that costs for several items, including the fee for filing the notice of appeal, "are taxable in the district court for the benefit of the party entitled to costs under this rule." Fed. R. App. P. 39(e)(4). On January 26, 2005, the United States

Court of Appeals for the Tenth Circuit remanded this civil action "to the district court for further proceedings concerning whether, under the *Heck* doctrine, the district court has jurisdiction to hear Mr. Baldauf's claims. If the court determines that it has jurisdiction, it should decide the merits, conducting any further proceedings that it deems necessary." *Baldauf v. Hyatt*, 120 Fed. Appx. 288 (10th Cir. (Colo.) Jan. 26, 2005). The appeal was not dismissed, affirmed or reversed. The remand on a jurisdictional issue does not appear to bring Baldauf under the category of a "party entitled to costs under this rule." The United States Court of Appeals for the Tenth Circuit has not yet made a determination on the merits of this civil action. Baldauf's request for taxation of costs is properly denied at this time.

Accordingly, IT IS ORDERED that:

1. Baldauf's "Motion for Order to Serve and Time" (filed March 3, 2006) (doc. # 81) is GRANTED. The Clerk of the Court mailed a copy of Defendants' Motion to Dismiss Plaintiff's Complaint (doc. # 76) to Baldauf on March 3, 2006. Baldauf may file his response to Defendants' Motion to Dismiss Plaintiff's Complaint (doc. # 76) **on or before April 8, 2006.**

2. Baldauf's "Request to Tax Costs of Appeal" (filed March 1, 2006) (doc. # 79) is DENIED.

DATED at Denver, Colorado, this 8th day of March, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge