IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 01-cv-01315-REB-CBS

LEONARD BALDAUF,

    Plaintiff,

v.

JOHN HYATT, et al.,

    Defendants

---

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

    The matters before me are (1) the **Order and Recommendation of United States Magistrate Judge** [#92], filed August 1, 2006; (2) **Defendants' Objection to Order and Recommendation of United States Magistrate Judge** [#97], filed August 16, 2006; and (3) **Plaintiff's Objections to 8/1/06 Recommendation** [#98], filed August 21, 2006.  I overrule the objections, approve and adopt the recommendation, and accordingly, grant defendants' motion to dismiss in part and deny it in part.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendations to which cognizable objections have been filed, and have considered carefully the recommendations, the objections, and the applicable case law.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  The

recommendation is detailed and well-reasoned. Neither plaintiff's nor defendants' objections have merit.[1] Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order and Recommendation of United States Magistrate Judge** [#92], filed August 1, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Defendants' Objection to Order and Recommendation of United States Magistrate Judge** [#97], filed August 16, 2006, is **OVERRULED** and **DENIED**;

3. That **Plaintiff's Objections to 8/1/06 Recommendation** [#98], filed August 21, 2006, are **OVERRULED** and **DENIED**;

4. That **Defendants' Motion to Dismiss Plaintiff's Complaint** [#76], filed February 17, 2006, is **GRANTED IN PART** and **DENIED IN PART**;

5. That the motion is **GRANTED** as follows:

   a. That plaintiff's Second Claim for Relief for conspiracy to interfere with grievances is **DISMISSED WITH PREJUDICE**;

   b. That plaintiff's claims against defendants, Neet, Masterson, Tappe, Martinez, Roberts, Zalman, Romero, Harlen, Carr, and Claar, are **DISMISSED WITH**

---

[1] Although plaintiff argues that amendment is the preferred remedy when a *pro se* plaintiff has failed to state a claim, I find that he is not entitled to that relief in this instance. Plaintiff tendered an amended complaint in response to defendants' first motion to dismiss, which the magistrate judge properly found failed to cure the deficiencies noted in his original complaint. Since leave to file that amendment was sought in December, 2001, plaintiff has neither sought further leave to amend nor tendered a proposed amended complaint. Plaintiff's request to amend therefore rings hollow.

**PREJUDICE**, and those defendants are **DROPPED** as named parties to this action;

c.  That plaintiff's claims against defendants Nelson and Unnamed Property Officer are **DISMISSED WITHOUT PREJUDICE** for failure to effect timely service of process and failure to prosecute; and

d.  That plaintiff's claims for compensatory damages and punitive damages against the remaining defendants are **DISMISSED WITH PREJUDICE**; and

7.  That the motion in all other respects is **DENIED**; that is, that plaintiff's First Claim for Relief against defendants, Fahey, Hyatt, other unnamed officers, Carreras, Davis, Fulton, Maestas, Garcia, and Archleta, shall remain part of this lawsuit.

Dated September 20, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**