IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-01315-REB-CBS

LEONARD BALDAUF,
    Plaintiff,
v.

JOHN HYATT, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Baldauf's "Motion for Leave to Appeal I.F.P. . . ." (filed October 23, 2006) (doc. # 110).  Pursuant to the Order of Reference dated October 23, 2001 (doc. # 14) and the memorandum dated October 25, 2006 (doc. # 112), the motion was referred to the Magistrate Judge.  The court has reviewed the motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Baldauf seeks to proceed on appeal pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 "without prepayment of fees or security."  Pursuant to 28 U.S.C. § 1915(a)(3), the court finds that this appeal is not taken in good faith because final judgment has not been entered as to all of the claims or parties.  Accordingly,

    IT IS ORDERED that Baldauf's "Motion for Leave to Appeal I.F.P. . . ." (filed October 23, 2006) (doc. # 110) is DENIED.

    DATED at Denver, Colorado, this 25th day of October, 2006.

                                         BY THE COURT:

                                         *s/Craig B. Shaffer*
                                         United States Magistrate Judge