IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-01315-REB-CBS

LEONARD BALDAUF,
    Plaintiff,
v.

JOHN HYATT, et al.,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Baldauf's "Renewed Motion for Counsel" (filed February 9, 2007) (doc. # 123) and confirmed in open court during the hearing held on March 1, 2007.  Pursuant to the Order of Reference dated October 23, 2001 (doc. # 14), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ."  The court has considered the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    While indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983), in its discretion the court "may request an attorney to represent any person unable to afford counsel."  28 U.S.C. § 1915(e)(1).  The court may request counsel for Mr. Baldauf by placing this case on a list of cases for which counsel

1

may choose to volunteer.[1]  Accordingly,

  IT IS ORDERED that:

  1. Mr. Baldauf's "Renewed Motion for Counsel" (filed February 9, 2007) (doc. # 123) and confirmed in open court during the hearing held on March 1, 2007 is GRANTED.

  2. **The court requests that the Clerk of the Court place this case on the list of cases for which counsel may choose to volunteer.**

  3. Mr. Baldauf is reminded that this Order does not guarantee that a lawyer will volunteer to represent him.  Mr. Baldauf must proceed *pro se* as necessary.

  DATED at Denver, Colorado, this 1st day of March, 2007.

          BY THE COURT:

          ___s/Craig B. Shaffer_____
          United States Magistrate Judge

---

[1] On February 25, 2004, Mr. Baldauf's Civil Action No. 03-cv-01104-REB-CBS was placed on the list for which counsel may volunteer.  To date, no one has volunteered to represent Mr. Baldauf in that case.