IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 01-cv-01315-REB-CBS

LEONARD BALDAUF,

      Plaintiff,

v.

JOHN HYATT,
ROBERT FAHEY,
BETTY FULTON,
PAUL CARRERAS,
CONNIE DAVIS,
KENT MAESTAS,
[JOSEPH] GARCIA,
DAVID ARCHULETA,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendants' Motion to Take Plaintiff's Deposition (*doc. no. 129)* is **GRANTED**. Defendants are permitted to take Plaintiff's deposition at the Sterling Correctional Facility pursuant to FED.R.CIV.P. 30(a)(2).

**DATED:**     March 5, 2007