IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 01-cv-01315-REB-CBS

LEONARD BALDAUF,

    Plaintiff,

v.

JOHN HYATT,
ROBERT FAHEY,
BETTY FULTON,
PAUL CARRERAS,
CONNIE DAVIS,
KENT MAESTAS,
[JOSEPH] GARCIA,
DAVID ARCHULETA,

    Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Allow Deposition of Plaintiff Leonard Baldauf Pursuant to FED.R.CIV.P. 30(a)(2) (*doc. no. 142)* is **GRANTED**. Counsel for the Defendants is permitted to take Mr. Baldauf's deposition on May 22, 2007, at 10:00 a.m. at the Sterling Correctional Facility.

**DATED:**    May 7, 2007