IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 01-cv-01315-REB-CBS

LEONARD BALDAUF,

Plaintiff,

v.

JOHN HYATT, et al.,

Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#161], filed December 27, 2007. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Recommendation of United States Magistrate Judge** [#161], filed December 27, 2007, is **APPROVED AND ADOPTED** as an order of this court; and

2. That **Defendants' Motion For Summary Judgment** [#146], filed July 2, 2007, is **GRANTED**;

3. That plaintiff's sole remaining claim for First Amendment retaliation is **DISMISSED WITH PREJUDICE**;

4. That judgment **SHALL ENTER** for defendants, John Hyatt, Robert Fahey, Betty Fulton, Paul Carreras, Connie Davis, Kent Maestas, Joseph Garcia, and David Archuleta, against plaintiff, Leonard Baldauf, on plaintiff's Claim I alleging retaliation for exercise of First Amendment rights;

5. That judgments **SHALL ENTER** pursuant to my orders in my **Order Adopting Recommendation [#30] of United States Magistrate Judge** [#32], filed April 24, 2003, and my **Order Adopting Recommendation of United States Magistrate Judge** [#103], filed September 21, 2006; and

6. That defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated January 31, 2008, at Denver, Colorado.

        **BY THE COURT:**

        s/ Robert E. Blackburn
        **Robert E. Blackburn**
        **United States District Judge**