IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 01-cv-01315-REB-CBS

LEONARD BALDAUF,

    Plaintiff(s),

v.

JOHN HYATT, et al.,

    Defendant(s).

## MINUTE ORDER[1]

The matter comes before the court on plaintiff's **Motion For Relief** [#167], filed March 11, 2008. The motion is **DENIED** without prejudice for failure to comply with D.C.COLO.LCivR 7.1.A.

    Dated: March 12, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.