IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 01-cv-01315-REB-CBS

LEONARD BALDAUF,

    Plaintiff(s),

v.

JOHN HYATT, et al.,

    Defendant(s).

---

**MINUTE ORDER**[1]

---

The matter comes before the court on plaintiff's **Motion For Reconsideration** [#171], filed March 14, 2008. After careful review of the motion, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion For Reconsideration** [#171], filed March 14, 2008, is **GRANTED**;

2. That the court's **Minute Order** [#170], entered March 12, 2008, is **VACATED**, and plaintiff's original **Motion For Relief** [#167] is **REINSTATED**; and

3. That defendants shall a response to the motion, and the plaintiff shall file a reply in accordance with the deadlines established by the court's Local Rules.

Dated: March 18, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.